Reuel RAY, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 379, 2016

Supreme Court of Delaware.

Submitted: June 7, 2017

Decided: July 25, 2017

Court Below: Superior Court of the State of Delaware, ID No. 1210020570A

AFFIRMED.

David MIZE, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 3, 2017

Supreme Court of Delaware.

Submitted: May 30, 2017

Decided: August 7, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1512007279 (S)

AFFIRMED.

Victor RESTREPO–DUQUE,
Defendant Below,
Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 557, 2016

Supreme Court of Delaware.

Submitted: August 23, 2017

Decided: August 23, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1406023843 (N)

AFFIRMED.

Freddy L. FLONNORY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 216, 2017

Supreme Court of Delaware.

Submitted: June 5, 2017

Decided: August 23, 2017

Court Below—Superior Court of the State of Delaware, ID No. 9707012190 (N)

GRANTED. AFFIRMED.